FILED BY __ D.C.

05 JUL 11 PM 3: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

Kendrick Watson

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number:  00-20015-D

On July 7, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter.  At this hearing, the defendant WAIVED his right to a preliminary and detention hearing.

Accordingly, the defendant is held to a final revocation hearing before Judge Bernice Donald.  It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

*S. Thomas Anderson*

*S. Thomas Anderson, United States Magistrate Judge*

*Date:  July 8, 2005*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7|11|05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:00-CR-20015 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT