IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 11 AM 11: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 00-CR20015 |
| ) | |
| KENDRICK WATSON ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING PETITIONER'S MOTION FOR CONTINUANCE

This matter came to be heard on the 10th day of August, 2005, before the Honorable Bernice B. Donald, United States District Judge. After hearing and due deliberation thereon it is hereby ORDERED, ADJUDGED, AND DECREED:

That the above styled case has been reset this the _10th_ day of _August_, _2005_.

IT IS SO ORDERED this 10th day of August, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-12-05



Respectfully submitted,

Charles E. Waldman
200 Jefferson Avenue, Suite 210
Memphis, TN  38103
(901) 331-4197
(901) 521-9956 FAX

## CERTIFICATE OF SERVICE

This is to certify that copy of the foregoing Motion for Continuance has been forwarded to Stuart Canale, Assistant United States Attorney, Suite 800, 167 North Main Street, Memphis, Tennessee, 38103.

THIS the 10th day of August, 2005.

Charles E. Waldman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:00-CR-20015 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT