# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ O.C.

05 NOV 30 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:00-cr-20015-01-D

KENDRICK D. WATSON
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Kendrick D. Watson, was represented by Charles E. Waldman, Esq.

It appearing that the defendant, who was convicted on July 26, 2000, in the above styled cause and was placed on Supervised Release for a period of four (4) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ten (10) months with credit given for time served, for an effective sentence term of **TIME SERVED**.

Furthermore, no additional supervised release shall be imposed. However, Restitution Penalty stands as previously imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the __30__ day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 01/21/1980
U.S. Marshal No.: 17156-076
Defendant's Mailing Address: In Custody

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/1/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:00-CR-20015 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT